Samuel M. JAMES, Plaintiff-Appellant,

v.

UNITED STATES of America,
Defendant-Appellee.

No. 16-1547

United States Court of Appeals,
Fourth Circuit.

Submitted: November 17, 2016

Decided: November 21, 2016

Samuel M. James, Appellant Pro Se. Jonathan Holland Hambrick, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before GREGORY, Chief Judge, and
MOTZ and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam
opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Samuel M. James appeals the district court's order dismissing his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for

the reasons stated by the district court. James v. United States, No. 3:14–cv–00827–REP, 2016 WL 1060251 (E.D. Va. filed Mar. 10 & entered Mar. 11, 2016). We deny James' motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED